■ The People of the State of New York, Respondent, v Silver Jones, Appellant.—Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered August 8, 1989, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Our order affirming the judgment against codefendant Howell (174 AD2d 356, *lv denied* 78 NY2d 1012) rejected the same challenge to the circumstantial evidence charge now raised by defendant, and no basis exists to reach a different result here.

We have reviewed defendant's argument concerning the sufficiency of the evidence and find it to be without merit. Concur—Sullivan, J. P., Milonas, Wallach, Ross and Asch, JJ.